UNITED STATES of America,
Plaintiff–Appellee,

v.

Quartavious DAVIS, Defendant–
Appellant.

No. 12–12928.

United States Court of Appeals,
Eleventh Circuit.

Sept. 4, 2014.

Amit Agarwal, Roy K. Altman, Kevin Quencer, Wifredo A. Ferrer, Amanda Perwin, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Anne Margaret Hayes, Law Office of Anne M. Hayes, Cary, NC, Jacqueline Shapiro, Attorney at Law, Miami, FL, for Defendant–Appellant.

---

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, PRYOR, MARTIN, JORDAN, ROSENBAUM, and JULIE CARNES, Circuit Judges.*

BY THE COURT:

Petitions for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc, IT IS ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.